[No. 1436-2.   Division Two.   November 26, 1975.]

DONALD L. SIMPSON, *Appellant*, v. KENNETH E. MANSIGH, *Respondent*.

Appeal from a judgment of the Superior Court for Cow-

litz County, No. 38085, John D. Cochran, J., entered April 5, 1974. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Pearson, J.